IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RICHARD WAYNE COOK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 111-117 |
| SCOTT WILKES, Deputy Warden, | ) ) ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claim that Defendant Wilkes violated his due process rights in denying him a formal grievance is **DISMISSED** for failure to state a claim upon which relief can be granted.

SO ORDERED this 11th day of January, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA